UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. HAVEN ABBDULLAH D/O/B ~~04/15/1989~~ SBI. No. 675252C Docket No.: 09-360

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. HAVEN ABDULLAH (D/O/B ~~04/15/1989~~) is now confined at the ALBERT C. WAGNER YOUTH CORRECTIONAL FACILITY, WARD AVENUE, BORDENTOWN, NEW JERSEY 08505.

2. Said individual will be required at Newark, New Jersey, before the Hon. Dennis M. Cavanaugh United States District Judge, on Tuesday, December 15th, 2009, at 11:00 a.m., for a Plea Hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: November 24th, 2009

ROBERT FRAZER
ASSISTANT U.S. ATTORNEY

---

Let the Writ Issue.

DATED: 12/2, 2009

**ORDER**

HON. DENNIS M. CAVANAUGH
UNITED STATES MAGISTRATE JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Albert C. Wagner Youth Correctional Facility, Bordentown, New Jersey
WE COMMAND YOU that you have the body of

**Haven Abdullah**

now confined at the Albert C. Wagner Youth Correctional Facility, be brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S. District Judge, in the United States Post Office & Courthouse, Federal Square, Newark, New Jersey 07102, on December 15th, 2009, at 11:00 a.m., so that he may appear for a Plea Hearing in the above-captioned matter.

        WITNESS the Honorable Dennis M. Cavanaugh
        United States District Judge
        Newark, New Jersey

DATED: 12/2/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
      Deputy Clerk